1 | **LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org
jennifermauet@qwest.net

Attorney for Defendant Batain

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR-08-1050-JMR(BPV) |
| vs. | ) | |
| | ) | NOTICE OF CHANGE |
| ERIC D. BATAIN, | ) | OF PLEA HEARING |
| Defendant. | ) | |

Notice is hereby given that a change of plea hearing has been scheduled for Eric D. Batain, for Thursday, December 17th, 2009 at 10:30 a.m., before the Honorable Bernardo P. Velasco.

. . .

. . .

RESPECTFULLY SUBMITTED this 15th day of December, 2009.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.

        BY  /S/ Walter Nash
        WALTER NASH
        Attorney for Defendant Batain

-2-